**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL
BEFORE: DAVID T. SCHULTZ
U.S. MAGISTRATE JUDGE

United States of America,

        Plaintiff,

v.

Adrian Ruben De Los Rios,

        Defendant.

| | |
|---|---|
| Case No: | 20-mj-734 DTS |
| Date: | October 7, 2020 |
| | Video Conference |
| Time Commenced: | 2:33 p.m. |
| Time Concluded: | 2:53 p.m. |
| Time in Court: | 20 minutes |

APPEARANCES:

    Plaintiff: Joseph Teirab, Assistant U.S. Attorney
    Defendant: Andrew Mohring,
        X FPD     X To be appointed

    X Advised of Rights

on  X Indictment

X Date charges or violation filed: 9/24/2020
X Current Offense: Civil Disorder
X **Charges from other District:** District of Oregon
X Title and Code of underlying offense from other District: 18:231(a)(3)
X Case no: 3:20-cr-00448

**Bond set in the amount of Personal Recognizance with conditions, see Order Setting Conditions of Release.**

X Defendant waived right to removal hearing
X Removal Order to be Issued
X Deft removed to charging district and is ordered to appear on October 21, 2020 at 1:30 p.m. via video conference/teleconference before the Duty Magistrate Judge in the District of Oregon, Portland. Call-in instructions to be obtained from the Federal Defender's Office in the District of Oregon.

X Government moves to unseal the Complaint and Indictment. X Granted.

Additional Information:
X Defendant consents to this hearing via video conference.

                                                              s/ ACH
                                               Signature of Courtroom Deputy