UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Adrian Ruben De Los Rios,

    Defendant.

Case No. 20-mj-734 DTS

ORDER OF REMOVAL

_____

The above captioned case was before the undersigned United States Magistrate Judge on October 7, 2020. Defendant waived his right to the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of Oregon and he is ordered removed to that district for further proceedings.

Dated: October 7, 2020

*s/David T. Schultz*
David T. Schultz
U.S. Magistrate Judge